## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | September 26, 2019 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-3618 (MKB) |
| **NAME OF CASE(S):** | **CHAPLIN V. TOWN OF HEMPSTEAD** |
| **FOR PLAINTIFF(S):** | Frank |
| **FOR DEFENDANT(S):** | N/A |
| **NEXT CONFERENCE(S):** | **NOVEMBER 26, 2019 AT 2:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 12:11 - 12:23 |

### RULINGS FROM STATUS CONFERENCE:

Plaintiff's counsel represented that he has retired from the practice of law and moved to withdraw as attorney. For the reasons discussed on the record, Mr. Frank is terminated as counsel of record. Mr. Frank is directed to file a letter on ECF containing Plaintiff's contact information so that she can be designated pro se. The Court will give Ms. Chaplin additional time to find a new attorney. A status conference will be held on November 26, 2019 at 2:00 p.m.