October 2, 2019

VIA ECF

Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                        Re:     **Sharisse Chaplin v. Town of Hempstead**
                                                 **Case No.: 19-CV-3618**

Dear Judge Tiscione:

As per your Order dated October 1, 2019, Plaintiff's contact information is as follows:

    Sharisse Chaplin
    323 North Brookside Avenue
    Freeport, NY 11520
    516-521-0543
    Sharisse323@yahoo.com

If you need any other information, please advise me.

Respectfully submitted,

*/s/ Neil M. Frank*

Neil M. Frank